**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

WENBIAO LIN,

       *Petitioner*,

v.                             Case No. 3:26-cv-1528-WWB-LLL

WARDEN, BAKER CORRECTIONAL
INSTITUTION, et al.,

       *Respondents.*

---

## ORDER

Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging, among other things, the United States Department of Homeland Security, Immigration and Customs Enforcement's ("**ICE**") mandatory detention of him without bond. (Doc. 2). As relief, Petitioner requests, *inter alia*, that the Court order his immediate release or a bond hearing. (*Id.* at 19).

Federal Respondents filed a Response advising that on June 18, 2026, an immigration judge conducted a bond hearing for Petitioner and ordered that Petitioner could be released from custody on a bond of $10,000. (Doc. 14). Respondents have likewise filed a copy of the immigration judge's order granting Petitioner release on bond. (Doc. 14-2).

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Petition (Doc. 2) and this case are **DISMISSED without prejudice** as moot.

2. Petitioner's Motion for Temporary Restraining Order (Doc. 11) is **DENIED as moot**.

3. The Warden's Motion to Dismiss (Doc. 15) is **DENIED**.

4. The Clerk shall enter judgment accordingly, terminate any pending motions, and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on July 2, 2026.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Jax-7
C:     Counsel of record

2